**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1770**

SONYA MCINTYRE-HANDY,

                                         Plaintiff - Appellant,

         versus

APAC CUSTOMER SERVICES, INCORPORATED,

                                         Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, District Judge.  (4:05-cv-00124-RBS)

Submitted:  December 20, 2007      Decided:  December 26, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sonya McIntyre-Handy, Appellant Pro Se.  Joseph P. Harkins, Steven E. Kaplan, LITTLER & MENDELSON, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonya McIntyre-Handy appeals the district court's adoption of the magistrate judge's report and recommendation and dismissal of her civil action alleging employment discrimination, retaliation, harassment, and ancillary claims, as well as its denial of her motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we deny Appellant's motion to remand case, and affirm for the reasons stated by the district court. <u>McIntyre-Handy v. APAC Customer Servs., Inc.</u>, No. 4:05-cv-00124-RBS (E.D. Va. Mar. 21, 2006; June 23, 2006; Dec. 21, 2006; May 24, 2007; July 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>